1 TIMOTHY COURCHAINE
United States Attorney
2 District of Arizona

3 TRAVIS L. WHEELER
Arizona State Bar No. 036083
4 ADDISON OWEN
Arizona State Bar No. 031263
5 Assistant United States Attorneys
Two Renaissance Square
6 40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
7 Telephone:  602-514-7500
Email: Travis.Wheeler@usdoj.gov
8 Email: Addison.Owen@usdoj.gov
Attorneys for Plaintiff
9

10              IN THE UNITED STATES DISTRICT COURT

11                 FOR THE DISTRICT OF ARIZONA

12

13 United States of America,                No. CR-24-08090-PCT-DJH

        Plaintiff,                          **JOINT STATUS REPORT**
14

15      vs.

16 Felipe Arturo Avalos-Mejia,

17      Defendant.

18        Pursuant to the Court's Order (Doc. 29), the parties file this status joint report.

19        On August 20, 2024, Defendant was indicted on one count of Possession or Receipt

20 of Goods Stolen from Interstate Shipment, Aid and Abet, in violation of 18 U.S.C. §§ 659

21 and 2. (Doc. 5.) The current trial date is October 7, 2025, with a pretrial motions deadline

22 of September 5, 2025. (Doc. 29.) Defendant is in custody. (Doc. 13.)

23        On May 20, 2025, the parties appeared before the Court for a Status Conference on

24 Defendant's Third Motion to Continue Trial. (Doc. 28.) At the conference, the parties

25 informed the Court that discovery was ongoing. Specifically, although substantial

26 discovery, amounting to terabytes of information, had been produced by the government,

27 limited discovery from events occurring in California was still outstanding despite the

28 government's good faith efforts to obtain that discovery. Additionally, the parties informed

1    the Court that a plea offer from the government was pending approval. On that record, the

2    Court granted Defendant's Third Motion to Continue deadlines in this matter and directed

3    the parties to file a Joint Status Report on July 21, 2025.

4    On May 22, 2025, the government's case agents received an initial set of reports

5    and documents from California state and federal law enforcement partners. Additional

6    discovery was obtained on May 30, 2025, and June 7, 2025. On June 11, 2025, the

7    government produced all outstanding discovery in its possession from California state and

8    federal law enforcement partners, totalling approximately 1500 pages of reports,

9    documents, and photos. On June 20, 2025, the government issued a plea offer in this case,

10    immediately after receiving approval to do so.

11    On July 15, 2025, the government conferred with Defendant's counsel about the

12    status of this case. Defendant's counsel conveyed that Defendant is in possession of the

13    plea offer, and that Defendant's counsel is in the process of reviewing the produced

14    discovery with his client. Defendant's counsel expressed optimism that this matter is

15    heading toward a pre-trial resolution, but stated he needs more time for his client to process

16    and consider his options. As a result of that conference, the parties agreed that additional

17    time would be welcome to: (1) review and process the supplemental discovery in this

18    matter; (2) continue discussions regarding a potential plea resolution to this case; and (3)

19    prepare for trial, given other trials, leave, and obligations currently scheduled. The parties

20    hope to be in a better position to notify the Court about these prospects, and whether a trial

21    will be needed, on or before the pretrial motions deadline.

22    Respectfully submitted this 17th day of July, 2025.

23                                              TIMOTHY COURCHAINE
                                                United States Attorney
24                                              District of Arizona

25    */s/ Ernest Lutz, with permission*
      *by email 07/17/2025*
26    _____           */s/ Travis L. Wheeler*
      ERNEST LUTZ                         _____
27    Counsel for Defendant               TRAVIS L. WHEELER
                                          ADDISON OWEN
28                                        Assistant U.S. Attorneys

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following registrants: Ernest Lutz, *Attorney for Defendant*.

*s/ Travis L. Wheeler*
U.S. Attorney's Office

- 3 -