Ernest Lutz (Cal. Bar. No. 182089)
Lutz Law Group
1801 Century Park E. 24 Floor
Los Angeles, CA 90067
Telephone: 310-266-2818
Fax: 310-861-1721
lutz@ernest.com

Attorney for Defendant Felipe Arturo Avalos-Mejia

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**FELIPE ARTURO AVALOS-MEJIA,**<br><br>**Defendant.** | **Case No.: 3:24-cr-08090-DJH-1**<br><br>**MOTION TO CONTINUE SENTENCING HEARING**<br><br>**Current Date: February 23, 2026**<br><br>**Proposed Date: May 25, 2026** |

Defendant, Felipe Arturo Avalos-Mejia, through undersigned counsel, respectfully requests that this Court continue the sentencing hearing in this matter approximately 90 days from February 23, 2026 to May 25, 2026, or a date thereafter that is preferable to the Court.

The basis of the motion is that defense counsel has experienced a medical issue requiring significant time away from work. If necessary, defense counsel will submit proof of medical issue to the Court under seal. The additional time is necessary to allow defense

Defendant's Motion to Continue -1-

counsel to adequately prepare for sentencing and render effective assistance of counsel to the defendant in light of defense counsel's medical emergency.

Defense counsel has maintained an open line of communication at all times with the government. The government has been consulted as to the need for this continuance and they do not oppose this motion.

Defense counsel has also personally informed Defendant Felipe Arturo Avalos-Mejia regarding the requested continuance. Defense counsel does not anticipate that any prejudice will result to either the government or the Defendant from the granting of this motion.

Respectfully submitted,

Dated: February 9, 2026

/s/ Ernest Lutz
Ernest Lutz
Attorney for Defendant

Defendant's Motion to Continue -2-