Ernest Lutz (Cal. Bar. No. 182089)
Lutz Law Group
1801 Century Park E. 24 Floor
Los Angeles, CA 90067
Telephone: 310-266-2818
Fax: 310-861-1721
lutz@ernest.com

Attorney for Defendant Felipe Arturo Avalos-Mejia

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FELIPE ARTURO AVALOS-MEJIA,<br><br>Defendant. | Case No.:  3:24-cr-08090-DJH-1<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE SENTENCING HEARING**<br><br>**Current Date: February 23, 2026**<br><br>**Proposed Date: May 25, 2026** |

DECLARATION OF COUNSEL

I, Ernest Lutz, declare:

1.  I am counsel in this matter for defendant Felipe Arturo Avalos-Mejia. I submit this declaration in support of Defendant's Motion to Continue Sentencing.

2.  Sentencing in this matter is scheduled for February 23, 2026. The basis of the requested continuance is that I have experienced a medical issue requiring significant time away from work. If necessary, I will submit proof of the medical issue to the Court under seal. The additional requested is necessary to allow for adequate preparation for sentencing and render effective assistance of counsel to the defendant in light of my medical emergency.

3.  I have consulted with the government regarding the need for this continuance and they do not oppose this motion.

4.  I have also informed Defendant Felipe Arturo Avalos-Mejia regarding the requested continuance. I do not anticipate that any prejudice will result to either the government or the Defendant from the granting of the continuance.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 9, 2026                    /s/ Ernest Lutz
                                           Ernest Lutz

Declaration of Counsel in Support of Motion to Continue -2-